# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTIAGO RAFAEL LOMELI-POLANCO,<br>  aka "Diego Francisco Flores,"<br>  aka "Luis Rosales-Rios,"<br>  aka "Raphael Estrada Perez,"<br><br>Defendant. | Case No. 2:20-cr-00216-APG-EJY<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Santiago Rafael Lomeli-Polanco,* is unsealed.

**DATED** this 27th day of August, 2020.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge