RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Santiago Rafael Lomeli-Polanco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SANTIAGO RAFAEL LOMELI-POLANCO,<br><br>            Defendant. | Case No. 2:20-cr-00216-APG-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Santiago Rafael Lomeli-Polanco, that the Preliminary Examination currently scheduled on October 27, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The defendant is currently set for change a plea and sentencing hearings set for October 28, 2020, which would alleviate the need for a preliminary hearing should the hearings proceed without issue.

2.     The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Preliminary Examination.

DATED this 14th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO RAFAEL LOMELI-POLANCO,<br><br>　　　　Defendant. | Case No. 2:20-cr-00216-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Preliminary Examination currently scheduled for Tuesday, October 27, 2020, at 3:30 p.m., be vacated and continued to November 30, 2020, at 4:00 PM.

DATED October 19, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3